| | |
|---|---|
| 1 | WILLIAM BARR<br>United States Attorney General |
| 2 | MICHAEL BAILEY<br>United States Attorney |
| 3 | District of Arizona<br>BRETT A. DAY |
| 4 | Arizona State Bar No. 027236<br>Assistant U.S. Attorney |
| 5 | Two Renaissance Square<br>40 N. Central Ave., Suite 1800 |
| 6 | Phoenix, Arizona 85004<br>Telephone: 602-514-7500 |
| 7 | Email: Brett.Day@usdoj.gov |
| 8 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Caine Pavlosky.<br><br>　　　　　Defendant. | Case No. CR-19-00063-JCM-EJY<br><br>**JOINT MOTION TO VACATE STATUS CONFERENCE** |

**IT IS HEREBY AGREED** to by and between Defendant **CAIN PAVLOSKY**, by and through his Attorney of record, JHERNA SHAHANI, ESQ, and the Plaintiff, **UNITED STATES OF AMERICA**, by through Assistant United States Attorney, BRETT A. DAY, to motion this Court to vacate the STATUS CONFERENCE currently set for the 27th day of January, 2021, at 10:00 a.m.

The purpose of the STATUS CONFERENCE is to allow time for U.S. Probation to prepare a Presentence Investigation Report and to make any recommendations regarding acceptance or rejection of the plea agreement. U.S. Probation has issued a Presentence Investigation Report and makes no recommendation that the plea agreement be rejected.

As such, the parties ask the Court to accept the plea agreement in this matter at the appropriate time. If the Court does not require any further argument by the parties at this time regarding acceptance of the plea agreement, the parties jointly move this Court to

1 vacate the STATUS CONFERENCE currently set for the 27th day of January, 2021, at
2 10:00 a.m.
3     Respectively submitted this 20th day of January, 2021.

MICHAEL BAILEY
United States Attorney
District of Arizona

Brett A. Day
*Digitally signed by Brett A. Day*
*Date: 2021.01.20 09:23:42 -07'00'*

BRETT A. DAY
Assistant U.S. Attorney

Attorney for Defendant
Caine Pavlosky

*Jherna Shahani*
JHERNA SHAHANI, Esq.

WILLIAM BARR
United States Attorney General
MICHAEL BAILEY
United States Attorney
District of Arizona
BRETT A. DAY
Arizona State Bar No. 027236
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Brett.Day@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Caine Pavlosky, and<br><br>Kenneth Ansley.<br><br>　　　　　Defendants. | Case No. CR-19-00063-JCM-EJY<br><br>**ORDER GRANTING JOINT MOTION TO VACATE STATUS CONFERENCE** |

　　　Based upon the agreement of the parties herein, and good cause appearing therefore,

　　　**IT IS HEREBY ORDERED** that the STATUS CONFERENCE in the above entitled matter scheduled for the 27th day of January, 2021, at 10:00 a.m. is hereby **VACATED**.

　　　DATED January 22, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE