MERRICK GARLAND
United States Attorney General
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

BRETT A. DAY
Arizona State Bar No. 027236
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: Brett.Day@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Caine Pavlosky,<br><br>             Defendant. | Case No. CR- 19-0063-001-JCM-EJY<br><br>**MOTION TO DISMISS<br>WITH PREJUDICE** |

The United States of America, by and through undersigned counsel, hereby moves this Court to dismiss the Indictment as to Caine Pavlosky in this matter with prejudice. The defendant has successfully completed the terms of the plea agreement, which calls for the dismissal of the charges.

//

//

//

//

//

//

//

1  Therefore, the United States of America makes this request in the interests of justice.

2  Respectfully submitted this 2nd day of August, 2021.

MERRICK GARLAND
United States Attorney General
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*Brett Day*
BRETT A. DAY
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Caine Pavlosky,<br><br>　　　　　　Defendant. | Case No. CR- 19-0063-001-JCM-EJY<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　　Based upon the United States of America's Motion to Dismiss With Prejudice, and good cause appearing,

　　　**IT IS HEREBY ORDERED**, that the Indictment in this matter is Dismissed as to Caine Pavlosky With Prejudice.

　　　DATED August 4, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge